IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CR102 |
| | ) | |
| vs. | ) | |
| | ) | |
| SERGIO IRIBE-PARRA, | ) | ORDER |
| | ) | |
| Defendant.. | ) | |

This matter is before the court on defendant's unopposed Motion to Continue Trial [131]. Counsel is newly appointed to represent the defendant and needs additional time to investigate the matter and confer with his client. Defendant shall comply with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [131] is granted as follows:

1. The jury trial now set for January 3, 2017 is continued to **March 7, 2017.**

2. The defendant shall file the affidavit required by paragraph 9 of the progression order and NE.CrimR 12.1(a) forthwith.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 7, 2017**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED December 29, 2016.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**